# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clarkson, Scott C. | United States Bankruptcy Court | 01/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building and Courthouse
411 West 4th Street
Santa Ana, CA 92701

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 01/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Calpirs (California state retirement benefits) |
| 2. | 2019 | Self-employed (counselor) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bay Area Bankruptcy Forum | January 16-17, 2019 | San Francisco, CA | Speaker | Transportation, lodging, and meals |
| 2. | American Bankruptcy Institute | March 27-28, 2019 | Beverly Hills, CA | Speaker | Parking and lodging |
| 3. | Bankruptcy Bar Association of Southern Florida | May 9-11, 2019 | Key Largo, FL | Speaker | Transportation, lodging, and meals |
| 4. | California Bankruptcy Forum | May 17-19, 2019 | Rancho Mirage, CA | Speaker | Transportation, lodging, and meals |
| 5. | Sacramento Bar Association | June 16-17, 2019 | Sacramento, CA | Speaker | Transportation, lodging, and meals |
| 6. | American Bankruptcy Institute | August 19-21, 2019 | Cincinnati, OH | Speaker | Transportation, lodging, and meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Clarkson, Scott C.** | 01/08/2020 |

| 7. | American Bankruptcy Institute | September 5-7, 2019 | Las Vegas, NV | Speaker | Transportation, lodging, and meals |
|---|---|---|---|---|---|
| 8. | Minnesota State Bar Association | October 3-5, 2019 | Minneapolis, MN | Speaker | Transportation, lodging, and meals |
| 9. | National Conference of Bankruptcy Judges | October 28-November 2, 2019 | Washington, DC | Speaker | Transportation, lodging, and meals |
| 10. | United Trustees Association | November 10-11, 2019 | Las Vegas, NV | Speaker | Transportation, lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 01/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clarkson, Scott C.** | 01/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Bank of America (various accounts) | A | Interest | K | T | | | | | |
| 2. | FolioFN (cash account) | A | Interest | J | T | | | | | |
| 3. | WMI (Common Stock) | A | Dividend | J | T | | | | | |
| 4. | IRA #1 (H) | | | | | | | | | |
| 5. | FolioFN (cash account) | A | Interest | O | T | | | | | |
| 6. | AGG | A | Dividend | | | Buy | 06/25/19 | M | | |
| 7. | | | | | | Buy<br>(add'l) | 07/09/19 | J | | |
| 8. | | | | | | Sold | 10/15/19 | M | B | |
| 9. | IWR | A | Dividend | | | Buy | 06/25/19 | M | | |
| 10. | | | | | | Sold<br>(part) | 07/09/19 | J | | |
| 11. | | | | | | Sold | 10/15/19 | M | B | |
| 12. | VTI | A | Dividend | | | Buy | 06/25/19 | M | | |
| 13. | | | | | | Sold<br>(part) | 07/09/19 | J | | |
| 14. | | | | | | Sold | 10/15/19 | M | B | |
| 15. | EFA | | None | | | Buy | 06/25/19 | L | | |
| 16. | | | | | | Sold | 10/15/19 | L | A | |
| 17. | ICF | A | Dividend | | | Buy | 06/25/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clarkson, Scott C.** | 01/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 19. | | | | | Sold | 10/15/19 | L | B | |
| 20.   IRA #2 (H) | | | | | | | | | |
| 21.   FolioFN (cash account) | A | Interest | N | T | | | | | |
| 22.   AGG | A | Dividend | | | Buy | 06/25/19 | L | | |
| 23. | | | | | Sold | 10/15/19 | L | B | |
| 24.   IWR | A | Dividend | | | Buy | 06/25/19 | L | | |
| 25. | | | | | Sold | 10/15/19 | L | A | |
| 26.   VTI | A | Dividend | | | Buy | 06/25/19 | K | | |
| 27. | | | | | Sold | 10/15/19 | L | A | |
| 28.   EFA | | None | | | Buy | 06/25/19 | K | | |
| 29. | | | | | Sold | 10/15/19 | K | A | |
| 30.   ICF | A | Dividend | | | Buy | 06/25/19 | K | | |
| 31. | | | | | Sold | 10/15/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Scott C. Clarkson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544